UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.:

KENNETH JONES,

        Plaintiff,

vs.

RELISH LABS, LLC.
D/B/A HOME CHEF,

        Defendant.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, KENNETH JONES, through counsel, sues Defendant, RELISH LABS, INC., and alleges the following:

1. This is an action for damages brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq.

2. Plaintiff resides in Cook County, Illinois and is a past employee of Defendant.

3. Defendant, RELISH LABS, LLC., (Hereinafter "Relish Labs") is a limited liability company that regularly transacts business within Cook County, Illinois.

4. At all times material hereto, Defendant RELISH LABS was engaged in commerce as an entity that delivers food products and meals to its customers, and as part of its operations, caused its employees inlcuding Plaintiff to handle materials and further utilized equipment and tools that were manufactured in other states and had moved in interstate commerce.

5. At all times material hereto, Defendant RELISH LABS was the "Employer" of Plaintiff as that term is defined under statutes referenced herein and was an "Enterprise," as it along with its employees was engaged in interstate commerce as described above and has annual gross sales and/or business volume of $500,000 or more.

6. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendant as an environmental technician.

7. During part of Plaintiff's employment (from approximately 4/1/16 to 10/1/16 Plaintiff accrued damages in the amount of $2600 consisting of unpaid overtime. During said period of time, Plaintiff worked an average of 50 hours per week and was paid an average of $10.00 per hour but was never paid the extra halftime overtime rate for hours worked above 40 hours in a week as required by the Fair Labor Standards Act. Plaintiff therefore claims the halftime overtime rate for the 10 hours of overtime he averaged each week. Accordingly, the estimated amount of damages owed to the Plaintiff is as follows: 26 weeks worked x $5 halftime x 10 hours of overtime per week x 2 (liquidated damages) = $2,600.00.

8. Defendant has knowingly and willfully refused to tender payment of wages owed to Plaintiff full well knowing that he was not exempt from overtime.

9. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

10. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

# COUNT I
# VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
# ALL DEFENDANTS

11. Plaintiff reavers and realleges paragraphs 1-10 herein.

12. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216(b), that Plaintiff is entitled to: (i) overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

13. Plaintiff seeks recovery of damages as referenced above and further seeks costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against the Defendant plus costs, reasonable attorney's fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Goldberg & Loren, P.A.
100 S. Pine Island Rd. – Suite 132
Plantation, FL. 33324
Phone: (954) 585-4878
Facsimile: (954) 585-4886
E-Mail: JLoren@GoldbergLoren.com

_____
James M. Loren, Esquire
Bar No.: 55409