UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:17-cv-01529 |
| v. ) | |
| ) | Honorable Sharon Johnson Coleman |
| RELISH LABS, LLC. ) | |
| D/B/A HOME CHEF, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiff Kenneth Jones ("Plaintiff") and Defendant Relish Labs, LLC d/b/a Home Chef ("Home Chef") through their respective counsel, jointly move the Court to approve the settlement agreement between the parties, which the Parties have submitted to chambers for *in camera* review. In support of this Motion, the Parties state as follows:

1. On February 28 2017, Plaintiff filed his Complaint in this matter asserting overtime claims against his former employer Home Chef under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* (ECF No. 1.)

2. After arms-length negotiations through their counsel, the Parties have agreed to a compromise to avoid the expense, inconvenience, uncertainty and delay of further litigation.

3. When employees bring a private action against their former employer for alleged back wages under the FLSA, and the parties present to the district court a proposed settlement, the district court may enter a stipulated judgment dismissing the case after scrutinizing the settlement to ensure that it is a fair and reasonable resolution of a *bona fide* dispute over wages under the FLSA. *See Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986); *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

1

4. Submitted herewith to chambers, for *in camera* review by the Court, is the Parties' Settlement Agreement, as well as a draft Order Approving Settlement. The Parties respectfully request that this Settlement Agreement not become part of the record in this case.

5. The Parties further jointly request that the Court approve the Settlement Agreement because it is a fair and reasonable resolution of *bona fide* disputes over wages under the FLSA (and the Illinois Minimum Wage Law, although the Complaint contains no state law causes of action).

6. In addition, the Parties request that the Court dismiss this case with prejudice pursuant to the terms of the Settlement Agreement. The Parties have also submitted a proposed order to that effect to the Court's proposed order inbox.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court enter an Order approving the Settlement Agreement and dismissing this case with prejudice with each side to pay its own attorneys' fees and costs except as otherwise provided in the Settlement Agreement.

\*\*\*

Dated:  April 28, 2017

      Respectfully submitted,

| | |
|---|---|
| KENNETH JONES | RELISH LABS, LLC. d/b/a HOME CHEF |
| By: *James M. Loren*_____ | By: *Nikki H. Howell*_____ |
|   One of His Attorneys |   One of Its Attorneys |

George Zachary Goldberg
Chelsea L Caldwell
GOLDBERG AND DOHAN, LLP
1700 Park Street
Suite 103
Naperville, FL 60563
(800) 719-1617
*ggoldberg@goldbergdohan.com*
*ccaldwell@goldbergdohan.com*

James Mark Loren
LOREN LAW GROUP
100 South Pines Island Road
Suite 132
Plantation, FL 33324
(954) 585-4878
*jloren@lorenlaw.com*

*Attorneys for Plaintiff*

Nikki H. Howell
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
200 S. Wacker Drive
Chicago, IL 60606
Telephone: (816) 329-5932
Facsimile: (816) 472-6401
*nhowell@constangy.com*

*Attorney for Defendant*