UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kenneth Jones
                Plaintiff,

v.                           Case No.: 1:17−cv−01529
                                Honorable Sharon Johnson Coleman

Relish Labs, LLC.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's joint motion for settlement approval [5] is granted. This matter is hereby dismissed with prejudice, and without costs and fees except as may be otherwise provided in the parties' settlement agreement. Enter Order Approving Settlement. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.