# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:17-cv-01529 |
| v. ) | |
| ) | Honorable Sharon Johnson Coleman |
| RELISH LABS, LLC. ) | |
| D/B/A HOME CHEF, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING SETTLEMENT

Upon the parties' Joint Motion for Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable compromise of claims under the Fair Labor Standards Act, hereby approves this settlement and dismisses this matter with prejudice, all parties to bear their own costs and fees except as may be otherwise provided in the parties' settlement agreement.

ENTERED:

DATE: May 4, 2017        _____

Honorable Sharon Johnson Coleman

4466624v.2